UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEVEN I. RINGHAM,<br><br>                    Plaintiff,<br><br>    v.<br><br>NEVADA TITLE AND PAYDAY LOANS, INC.,<br><br>                    Defendant. | Case No. 2:20-cv-00220-KJD-DJA<br><br>ORDER |

Presently before the Court is Defendant's Motions to Dismiss and Compel Arbitration (#4/5). Though the time for doing so has passed, Plaintiff has failed to file a response in opposition. Having read and considered the motions, and good cause being found, they are granted. The claims alleged in Plaintiff's complaint must be arbitrated in accordance with the terms of the parties' loan agreement and the Federal Arbitration Act.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motions to Dismiss and Compel Arbitration (#4/5) is **GRANTED**,

IT IS FURTHER ORDERED that the parties are compelled to arbitration in accordance with the terms of their agreement and that the Clerk of the Court close this action.

DATED this 28th day of July 2020.

Kent J. Dawson
United States District Judge